```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
         SOUTHERN DIVISION
```

| | |
|---|---|
| SHELIA ANN WHITE, *et al.*, | \* |
| | \* |
|    Plaintiffs, | \* |
| | \* |
| vs. | \* CIVIL ACTION NO. 22-00093-JB-B |
| | \* |
| SKYE MCDOUGALL, *et al.*, | \* |
| | \* |
|    Defendants. | \* |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated May 18, 2022 (Doc. 5) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiffs' failure to file an amended complaint that complies with the Federal Rules of Civil Procedure and this Court's order.

    **DONE and ORDERED** this 7th day of June, 2022.

                                              /s/ JEFFREY U. BEAVERSTOCK
                                              CHIEF UNITED STATES DISTRICT JUDGE